UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:10CR00251-15 |
| | ) | |
| **ROBERT LEE WILLIAMS,** | ) | |
| aka "Pee Wee" | ) | |

## ORDER

On November 17, 2011, Robert Lee Williams, aka "Pee Wee," appeared before the Court., and was sentenced, following a guilty plea, to 129 months imprisonment, followed by a 5-year term of supervised release, for the offense of conspiracy to distribute and possess with intent to distribute cocaine hydrochloride, a quantity of cocaine base, an amount of Oxycodone, and an amount of 3, 4-Methylenedioxymethamphetamine (MDMA, aka Ecstasy). Williams was further ordered to pay a $100 special assessment, due immediately, and a $3,000 fine, payable at the rate of $100 per month. Williams released to supervision on January 15, 2021.

On March 7, 2024, the probation officer submitted a petition to show cause why Williams' supervision should be revoked. The petition alleged that Williams failed to refrain from any unlawful use of a controlled substance on February 18, 2021, November 10, 2021, August 22, 2022, and November 21, 2022; failed to report to the probation officer as directed on November 7, 2023, November 17, 2023, December 19, 2023, and March 5, 2024; and failed to complete 100 hours of community service as ordered.

On July 16, 2024, a final revocation hearing was held to address the violations outlined above. Williams, through his attorney, John Edward Price, stipulated to all of the violations outlined in the petition. The Court found sufficient evidence that Williams violated the terms and conditions of his supervised release; however, the Court opted not to revoke Williams' supervised

release at this time and ordered he be continued on supervision until December 31, 2024. If Williams remains compliant with the terms and conditions of his supervision through that date, the Court will release Williams from supervision. Should Williams incur any further violations, though, the Court shall be notified, and a final revocation hearing will be convened, at which time Williams' supervised release will be revoked, and he will be sentenced to a 12-month term of imprisonment with the Bureau of Prisons.

The Court orders that this matter be recessed until December 31, 2024. All original terms and conditions previously imposed by the Court on November 17, 2011, shall remain in full force and effect.

SO ORDERED, this 30th day of July, 2024.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA